UNITED STATE DISTICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 19-2803(DSD/BRT)

Monty Jones,

      Plaintiff,

v.                                         **ORDER**

Aeon and Affiliates, Juanita Sealy,
Tai Giwa, and Megan Cihra,

      Defendants.

This matter comes before the court upon the report and recommendations (R&Rs) of United States Magistrate Judge Becky R. Thorson dated January 6, 2020, and March 12, 2020. No objections have been filed to the R&Rs in the time period permitted.

Based on the R&Rs and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&Rs [ECF Nos. 4, 6] are adopted in their entireties; and

2. The action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 21, 2020

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court